IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. **0:23cv60576**

**ANDREW JOHNS,**

    **Plaintiff,**

v.

**THE UNITED STATES OF AMERICA,**

    **Defendant**

## COMPLAINT

Plaintiff, ANDREW JOHNS, by and through undersigned counsel, files this Complaint against Defendant THE UNITED STATES OF AMERICA, and allege as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. The claim against the UNITED STATES is brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680, 1346(b), 2401(b), 1402(b).

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1356(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

4. Plaintiff, ANDREW JOHNS, at all times material hereto, was a resident of Broward County Florida, residing in Pembroke Pines, Florida, was over the age of eighteen (18) years, and is otherwise *sui juris*.

5. The Deparmtent of Homeland Security is a UNITED STATES federal agency, and as such, the UNITED STATES is the proper defendant for negligent acts committed by employees of the United States Postal Service while in the course and scope of their employment with the United States Postal Service.

6. Defendant, , was at all material times hereto, a Florida Corporation engaged in the operation of a \ business in Broward County, Florida, and was licensed and doing business in the State of Florida, and is or may be concealing their whereabouts.

7. Venue is proper in Fort Lauderdale, Florida because the incident from which this cause of action arises occurred in Broward, Florida.

## GENERAL ALLEGATIONS

8. On or about July 18, 2020, Defendant THE UNITED STATES OF AMERICA owned, maintained, and/or operated a motor vehicle that was operated at or near the intersection of Miramar Exit of 75, in Broward, Florida, when the motor vehicle owned, maintained, and/or operated by Defendant THE UNITED STATES OF AMERICA, collided with a motor vehicle owned, occupied and/or operated by Plaintiff.

9. At all material times alleged herein, Defendant THE UNITED STATES OF AMERICA and their employees owed a duty to exercise reasonable care in the ownership, operation and/or use of their motor vehicle for the benefit and safety of other individuals on public roadways.

10. At all material times, Defendant THE UNITED STATES OF AMERICA and their employees breached their duty of care to other individuals on the above-described public roadways, and in particular to Plaintiff, as Defendant THE UNITED STATES OF AMERICA

was negligent and careless in the ownership, operation and/or maintenance and/or use of their motor vehicle.

11. The driver for the UNITED STATES were committed within the scope and course of his employment with Defendant UNITED STATES.

12. Pursuant to the FTCA, the UNITED STATES is vicariously responsible for the negligence of its driver while operating the vehicle owned by the UNITED STATES including the negligence committed by its employee at the time of the aforementioned motor vehicle accident.

13. As a direct, foreseeable, and proximate result of Defendant THE UNITED STATES OF AMERICA's negligence, Plaintiff suffered bodily injuries and resulting pain and suffering, disability, mental anguish, scarring, disfigurement, lost wages and future earning capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing and Plaintiff will suffer the expenses and losses in the future.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

A. Judgment for damages in an amount to be proven at trial;

B. For bodily injury and resulting pain and suffering, disability, scarring, disfigurement, mental anguish, lost wages and future earning capacity, and loss of capacity for the enjoyment of life;

C. For all medical and incidental expenses according to proof;

D. For costs of suit incurred in connection with this action;

E. For both pre and post-judgment interest at the maximum allowable rate on any amounts awarded; and

F.   For any and all such other and further relief as the court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff, ANDREW JOHNS, demands trial by jury on all issues so triable as a matter of right.

Dated: March 23, 2023

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law®
800 SE 3rd Avenue Street, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff*