IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60576

**ANDREW JOHNS**,

    **Plaintiff,**

v.

**THE UNITED STATES OF AMERICA**,

    **Defendant.**

## NOTICE OF FILING CIVIL COVER SHEET

Plaintiff ANDREW JOHNS hereby files the civil cover sheet in accordance with the Clerk's Notice [D.E. 3].

Dated: March 24, 2023

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff*