## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:23-CV60576

Plaintiff:
**ANDREW JOHNS**

vs.

Defendant:
**THE UNITED STATE OF AMERICA**

For:
Matthew Sean Tucker
TUCKER LAW
800 SE 3rd Street
Suite 300
Fort Lauderdale, FL 33316

Received by Ira Smith on the 22nd day of May, 2023 at 8:04 am to be served on **UNITED STATES OF AMERICA C/O UNITED STATES ATTORNEY'S OFFICE, 500 E BROWARD BLVD., FORT LAUDERDALE, FL 33394**.

I, Ira Smith, being duly sworn, depose and say that on the **22nd day of May, 2023** at **11:04 am, I:**

served a **GOVERNMENT OR PUBLIC AGENCY** by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **STEVEN PETRIE** as **ASSISTANT US ATTORNEY** for **UNITED STATES OF AMERICA C/O UNITED STATES ATTORNEY'S OFFICE, 500 E BROWARD BLVD., FORT LAUDERDALE, FL 33394** and informed said person of the contents therein, in compliance with State Statute 48.111.

**Additional Information pertaining to this Service:**
I, Ira Smith, do hereby certify that pursuant to Federal Rules of Civil Procedure Rule 4 (i) (b), on 5/22/2023 , two copies were mailed of the Summons, Complaint with Exhibits  by certified mail return receipt requested to the State of Florida Office of the Attorney General The Capitol, Suite PL-01, Tallahassee, FL 32399  for the United States of America  with a copy attached hereto as an Exhibit of said mailing.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

**Ira Smith**
SPS #1569

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the 23 day of _____May 2023_____ by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Commission # HH 269879
Expires September 4, 2026

**Gotcha Legal Services, Inc.**
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2023009117

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i



AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Date: _5/12/23_
Time: _1104AM_
Server: _IS_
ID #: _1569_

| | |
|---|---|
| ANDREW JOHNS | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 0:23cv60576 |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES OF AMERICA
c/o United States Attorney's Office
For The Southern District of Florida
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tucker Law
Attn: Matthew Sean Tucker, Esq.
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 11, 2023

s/ S.Carlson

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

*GOTCHA LEGAL SERVICES, INC.*
*P.O. BOX 840324*
*PEMBROKE PINES, FL 33084*

9/17