IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60576-WPD

**ANDREW JOHNS**,

    **Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA**,

    **Defendant.**

## COUNSEL'S NOTICE OF UNAVAILABILITY

**COMES NOW**, the undersigned counsel for ANDREW JOHNS, and files this Notice of Unavailability with the Court, and states that he will be unavailable as follows:

**May 24, 2023 through June 2, 2023.**

The undersigned respectfully requests that no hearings, depositions, mediations, trials, or other matters concerning this case be scheduled during this time period.

Dated: May 24, 2023

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker