UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60576-CIV-DIMITROULEAS

ANDREW JOHNS,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On August 28, 2023, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 12]. On June 26, 2024, a Joint Notice of Settlement was filed, indicating that this case has settled. *See* [DE 30]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **July 16, 2024**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2024.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record